UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff(s),

  v.

SURAYA, LLC.,

        Defendant(s).
_____/

NO. CIV. S-06-0478 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representations of the plaintiff in the above action the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 10, 2006. All dates set in this matter, including any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: May 18, 2006

                                  /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL, JR.
                                  United States District Judge