1   CATHERINE M. CORFEE, SBN 155064
    ZACHARY M. BEST, SBN 166035
2   CORFEE STONE & ASSOCIATES
    5441 FAIR OAKS BLVD., SUITE B-1
3   CARMICHAEL, CA 95608
    TELEPHONE:   (916) 487-5441
4   FACSIMILE:   (916) 487-5440

5   ATTORNEYS FOR SURAYA, LLC.

6   SCOTT JOHNSON, SBN 166952
    LAW OFFICE OF SCOTT JOHNSON
7   5150 FAIR OAKS BLVD., SUITE 101, PMB# 253
    CARMICHAEL, CA 95608
8   TELEPHONE:   (916) 485-3516
    FACSIMILE:   (916) 481-4224

9
    ATTORNEY FOR PLAINTIFF, SCOTT JOHNSON
10

11                IN THE UNITED STATES DISTRICT COURT

12          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13
    SCOTT N. JOHNSON                    )   Case No.: 02:06-CV-00478-FCD-DAD
14                                      )
              Plaintiff,                )   **STIPULATION FOR DISMISSAL AND**
15                                      )   **ORDER THEREON**
    v.                                  )
16                                      )   **FRCP 41(a)(1)**
    SURAYA, LLC,                        )
17                                      )
              Defendants.               )
18   _____ )

19        TO THE COURT AND ALL PARTIES:

20        Plaintiff Scott Johnson ("Plaintiff") and Defendant Suraya, LLC ("Defendant") have

21   reached settlement of all claims brought by Plaintiff in the above entitled Action against

22   Defendant and have executed a Mutual Release and Settlement Agreement.  Pursuant to said

23   Mutual Release and Settlement Agreement between Plaintiff and Defendant, all parties, by and

24   through counsel of record, hereby stipulate to the dismissal of Defendant **with prejudice** of this

25   Action in entirety, and any and all claims alleged whatsoever in this Action.

26        Outside of the terms of the Mutual Release and Settlement Agreement, each party is to

27   bear its own attorneys fees and costs.

28   / / /

                                    - 1 -

1   IT IS HEREBY STIPULATED by and between the parties to this Action that this Action,

2   and all of Plaintiff's claims therein against Defendant be dismissed **with prejudice** pursuant to

3   Federal Rules of Civil Procedure section 41(a)(1).

4

Dated:  June 2, 2006                          LAW OFFICE OF SCOTT JOHNSON

5

6                                             By:   _/s/ Scott Johnson_____
                                                   SCOTT JOHNSON

7                                                  Plaintiff

8

Dated:  June 2, 2006                          CORFEE STONE & ASSOCIATES

9

10                                            By:   _/s/ Catherine M. Corfee_____
                                                   CATHERINE M. CORFEE

11                                                 Attorney for Defendant Suraya, LLC

12                                            ORDER

13   It is hereby ordered that all of Plaintiff's claims against Defendant, be dismissed **with**

14   **prejudice**.

15

16   Dated: June 2, 2006
                                         /s/ Frank C. Damrell Jr._____
17                                       United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

G:\DOCS\FCD\orders to be signed\JOHNSON - SURAYA stipulation for dismissal.wpd                **Stipulation for Dismissal**